UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE L. GORNEFF,<br><br>       Plaintiff,<br><br>   -against-<br><br>MR. RUSLAN ILISHAYEV,<br>METROPOLITAN COMMERCIAL BANK,<br>et al.,<br><br>       Defendants. | 23-CV-10520 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 16, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge