UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGE L. GORNEFF,

                Plaintiff,

-against-                          23-CV-10520 (LTS)

MR. RUSLAN ILISHAYEV, METROPOLITAN COMMERCIAL BANK, *et al.*,        ORDER

                Defendants.

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On January 19, 2024, the Court dismissed this action, without prejudice, as duplicative of Plaintiff's pending case under docket number ECF 1:23-CV-9141. On February 15, 2024, Plaintiff filed a notice of appeal, (ECF No. 8), and a motion for extension of time to file a notice of appeal, (ECF No. 7). For the reasons set forth below, Plaintiff's motion for an extension of time to file a notice of appeal (ECF No. 7) is denied as unnecessary.

## DISCUSSION

    Under Fed. R. App. P. 4(a)(1)(A), a notice of appeal in a civil case must be filed within 30 days after entry of judgment. "[T]he taking of an appeal within the prescribed time is mandatory and jurisdictional." *In re WorldCom, Inc.*, 708 F.3d 327, 329 (2d Cir. 2013) (citation and internal quotation marks omitted). Because Plaintiff's time to file a notice of appeal has not expired, a motion for extension of time to appeal is unnecessary. Accordingly, Plaintiff's request for an extension of time to appeal is denied as unnecessary.

## CONCLUSION

    Plaintiff's request for an extension of time to file a notice of appeal (ECF No. 7) is denied as unnecessary.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 15, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge